

**Jonathan Short**
Partner
T. 973-848-5394
F. 973-297-3884
jshort@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

April 17, 2020

<u>**VIA ECF**</u>

Honorable Stanley R. Chesler, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Closeout Surplus & Salvage, Inc., et al. v. Roo, Inc., et al.*
Civil Action No. 2:20-cv-03660-SRC-CLW

Dear Judge Chesler:

On behalf of all parties, enclosed please find a Stipulation and Proposed Order for the Court's consideration. If Your Honor finds the enclosed Order acceptable, the parties respectfully request that it be entered.

Respectfully submitted,

*/s/ Jonathan Short*

Jonathan Short

Enclosure

cc: All Counsel of Record (via ECF)